# EXHIBIT 1

KL007566

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

IN RE:                          *      UNITED STATES

                                *      SPECIAL GRAND JURY

KENNETH LIGHTY                  *      PROCEEDINGS

        *       *       *       *       *

JULY 2003 TERM

SEPTEMBER 17, 2003

Room 280-B
United States Federal Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland   20770

WITNESS:          TAMIKA HAMPTON

APPEARANCE:       DEBORAH A. JOHNSTON, ESQUIRE
                  Assistant United States Attorney

Reported by:  Judy Harrell Wallenfelt

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

KL007567

2

P R O C E E D I N G S

(1:14 p.m.)

Whereupon,

TAMIKA HAMPTON

was called as a witness, and having been first duly sworn by the Foreperson of the Grand Jury, was examined and testified as follows:

EXAMINATION

BY MS. JOHNSTON:

Q.   Please state your full name and current address.

A.   Tamika Joy Hampton, and my address is

And that's it.

Q.   Your telephone number at home?

A.

Q.   Do you have a work telephone?

A.

Q.   And do you have a cell phone?

A.

Q.   Your date of birth?

A.

Q.   And your Social Security Number?

A.

Q.   Now, you understand that you have been

placed under oath; that means that you must answer all questions that are posed to you by either myself or the Grand Jury truthfully and completely.

If you were to intentionally lie, leave out information, or mislead the Grand Jury, you could be charged with a crime such as perjury, making a false statement, or obstruction of justice; and if convicted, you could be sentenced to a term of imprisonment.  Do you understand that?

A.   Yes.

Q.   Also understand that while you don't have the right to refuse to appear before the Grand Jury, you always have the right to refuse to answer a question if your answer is going to tend to prove that you yourself committed a crime.

In order to invoke that right, you just need to let me know that you want to refuse to answer a question.  And at that point, we would go see a judge who would make a determination of whether or not you should be forced to respond to the question. Do you understand that?

A.   Yes.

Q.   Also understand you don't have the right to have an attorney present with you inside the Grand Jury; but as with any legal matter, you always have a

4

right to consult with a lawyer.  In the event you could not afford an attorney, one would be appointed for you.  Do you have an attorney at this time?

A.  No.

Q.  Are you willing to proceed with your Grand Jury testimony at this time without an attorney?

A.  Yes.

Q.  If at any point during your testimony you change your mind and decide you'd like to consult with an attorney, just let me know and we will recess you testimony, stop your testimony, until you have had an opportunity to speak with an attorney; either one you have hired or if you couldn't afford one, we would have the court appoint one for you.  Do you understand that?

A.  Yes, ma'am.

Q.  Also it's safe to say that it would be correct to say that we went over these rights prior to your coming in to Grand Jury?

A.  Yes.

Q.  Do you have any questions about any of them?

A.  No.

Q.  Okay.  Where did you go to high school?

A.

Q.   And your current address, how long have you lived there?

A.   For (

Q.   And who do you live with at that address?

A.                                        n.

Q.   And how old is she?

A.   One and a half.

Q.   Do you know an individual named Anthony Mathis?

A.   Yes, I do.

Q.   And how do you know Mr. Mathis?

A.   We have two children together.

Q.   And how old are the children?

A.   Our oldest daughter will be nine on the 27th of this month, and our youngest daughter is two and a -- I mean, one and a half.  She'll be two in December.

Q.   And where did you meet Mr. Mathis?

A.   When we were in middle school, at the ice cream truck.  That's where I met him.

Q.   When did you graduate from high school?

A.

Q.   And how long have you maintained a relationship with Mr. Mathis?

KL007571

6

A.   Since sixth -- I was in, I think, the sixth grade, and he was just coming up there, because he hadn't gotten started yet.  So since then, I was best friends with his sister for a while, and we just started messing with each other because I could spend the night over there.  That was his sister's -- my best friend.  So --

Q.   What's his sister's name?

A.   Shelly.

Q.   And her last name?

A.   Mathis.

Q.   And where does she live?

A.   Right now she lives in Pennsylvania.

Q.   And where did you live growing up?

A.

Q.   And who did you live with there?

A.   My grandparents and my mother.

Q.   And can you give us their names?

A.   My grandparents are

and my mother is

Q.   Do they still live on

A.   My grandfather is deceased.  My grandmother and my mother are still there.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

KL007572

Q.   What's the telephone number there?

A.

Q.   Now, when was the last time you saw Mr. Mathis?

A.   The last time I saw him was the beginning of September.  He was -- I thought everything was fine, you know.  We aren't dating, but we are still intimate, so we see each other on occasion.

So he came by, spent the night and left, and he told me he would buy some tennis shoes for Aspen -- I mean, for Ashley, starting school; he didn't.  And I wasn't able to find him.  I called his mother's house and everything and wasn't able to find him.  So I just spoke with him yesterday.

Q.   What did you speak about?

A.   About him just being trifling and not having a job and me taking care of these kids by myself.  And I say little things that I know will aggravate him, like, Why don't you just relinquish your parental rights?  And I know that just set it off.  So that's all.  Just trying to mess his day up.

Q.   How does he support himself?

A.   He sells drugs.

Q.   What kind of drugs does he sell?

A.   Anything that anyone will give him.  He'll

KL007573

8

have crack sometimes.  He'll have boat water.  He'll have weed.

Q.    When you say "boat" or "water," are you referring to phencyclidine or PCP?

A.    Boat water.  You dip cigarettes in it?  Boat water?  I think it's -- it's PCP.  We just call it "water."  Water.

Q.    And where does he sell these drugs?

A.    All up and down Iverson Street, on the back streets.  He's just on foot.  Anybody walking up, you know, he'll dip their cigarette for $20.

Q.    Okay.  And what area are we talking about?

A.    Iverson and Keating.  Well, Iverson doesn't hit with Keating.  Iverson and -- does 28th -- well, you know, Iverson Street, the end where the library and the Safeway and everything down there; and then Keating Street onto 25th Avenue, over on 23rd Parkway.

Q.    And how long has he been selling drugs?

A.    For as long as he has had money, because that's the only way he has ever had money.  He has never had a job, so -- only ever time he hasn't sold drugs is when they've caught him and locked him up.

Q.    Do you recall when he was locked up?

A.    Yes.  He was locked up in -- oh, goodness.

My memory is not that good. Okay, guys? Let me see. I was -- was I -- okay. I was just -- I had just gotten pregnant? Yeah. I had just gotten pregnant when he got locked up, a little -- I was just about -- so it was in March -- that was in March of '01, I think, when they may have caught him. Because I'm the one that turned him in.

Q.   For what?

A.   Robbing the jewelry store.

Q.   So he got locked up around March of 2001 because that was about the time you got pregnant with your youngest child?

A.   Well, I was already pregnant. It was the early time.

Q.   And do you know when he got out then?

A.   He didn't stay very long. He came right back out. Someone posted his bond or something. He went to court, but he did do a little bit of time. But he was home when I had the baby, and then he got locked up. So he wasn't there for the first birthday. Maybe about a year, a little over a year.

Q.   All right. But he was out of prison when you had the baby?

A.   Yes.

Q.   Which was when?

KL007575

10

A.   December of '01.

Q.   December what?

A.   December 21, 2001.

Q.   And at some point after you had the baby, he got --

A.   Locked up again.

Q.   -- had to go back to jail?

A.   Right.

Q.   Okay.  And do you know what he had to go back to jail for when he went back?

A.   The court date finally came up.  You know how you lock them up but then they can get out if they have the money for bond --

Q.   Right.

A.   -- but then they have the court date?  And then they get locked back up after sentencing?  So that's what happened.  He had been sentenced and he had gotten locked back up.

Q.   And that would have been sometime in 2002?

A.   Mm-hmm.

Q.   You have to say "yes" or "no."

A.   Oh, yes.  I'm sorry.

Q.   You don't recall the exact date?

A.   No.

Q.   Now, during that time around when your

KL007576

11

daughter -- it's a daughter.  Right?

A.    Mm-hmm.  Yes.

Q.    Around when your daughter was born, late December of 2001, beginning of 2002; where was Mr. Mathis living?

A.    At that time, he was -- he was staying down -- I w:                    :d we were beefing really hard because he was downstairs cheating on me with the girl that lived on the first floor.  Some little -- I don't know -- I don't know what her name was.  But that's where he was living.

Once I found that out, he started going with his mother and with his cousin, Lindsay, who lived in Doral Terrace Apartments over there off of Marlboro Pike.

Q.    Okay.  Let's stop for just a second.

A.    Okay.

Q.    You said that initially he was staying with you?

A.    No.  He was never staying with me.  When he got busted for robbing the jewelry store, they kicked his mother's door in, so she got evicted from her apartment and went to live in an old folks -- like a retirement community, so he couldn't live with her.  So he was back and forth staying periodically with

12

her a little bit, with his cousin, Lindsay, downstairs with the girl that he was messing with. So he really didn't have a stable residence.

Q.   Okay.  Now, you said downstairs.  Where were you living at that time?

A.   At that time, I was staying at

. That's                              I was in Apart          and she was on the first floor.

Q.   How many floors does it have?

A.   Six or seven.

Q.   So it's sort of like --

A.   A little mid-rise.  It's not very high.

Q.   But it's higher than the garden apartments?

A.   Yes.

Q.   Okay.  And this girl he was messing with, what was her name?

A.   I can't remember her name.  I just would call her "the little monkey downstairs."  I never knew her name.  I never knew her name.

Q.   And where did she live?

A.   She lived on the first floor, diagonal from the rental office.

Q.   Do you know the number of the apartment?

A.   I don't know the number.  I never -- I couldn't bring myself to knock on the door.

KL007578

13

Q. So you never spoke to her?

A. Other than to, you know, yell obscene things to her off the balcony. That was it.

Q. When you say "diagonal from the rental office" --

A. Like the rental office would be facing the wall there, and her apartment would be, like, across from it but --

Q. To the right --

A. To the side.

Q. -- or to the left?

A. To the left.

Q. Now, during that time in late 2001, early 2002, after you had your daughter, did you come back to that same

A. Yes.

Q. Okay. And how long did you stay there?

A. I stayed there until September.

Q. Of 2001?

A. Yes. No. Of 2002.

Q. I'm sorry.

A. Okay.

Q. 2002. Now, who was living there other than yourself and your daughters?

A. My mother, C

14

Q. Did your mother run into this girl downstairs?

A. Mm-hmm. Sometimes she would see her.

Q. Okay. Did your mother know her name?

A. I don't think she knew her name. No. No.

Q. Do you know what your telephone number was there on              ?

A. Yes.

Q. What was it?

A.              .

Q. You don't happen to know what that woman's number was downstairs?

A. No.

Q. During that time period right around the time your daughter was born into early 2002, did you ever see Anthony Mathis with a gun?

A. Yes.

Q. What kind of gun?

A. Black gun with a clip type -- where you have the clip. You -- you insert it from the bottom.

Q. And what were the circumstances that you saw him with that gun?

A. At his mother's house. You know, when she was living over there on 28th Avenue. I would be over there; and, you know, the gun was out on the

15

dresser, on his bed, you know.

Q. Did you see it more than once?

A. I would see it all the time.

Q. Was that both before and after your daughter was born?

A. Mm-hmm. Yes.

Q. Do you know when was the last time you saw him with a gun?

A. When he was staying at his cousin, Lindsay's house, I believe he had a gun, but it wasn't the same one. This gun looked lighter. The first -- the one I saw at his mom's house is very black; but this other one looked as though it could have been silver-ish or something. It wasn't black.

And I can't tell you whether it was a clip or not. I can't tell you whether -- I don't know whether it was a clip type or not. But I just remember seeing the handle. He had it in his shirt, and it wasn't --

Q. What do you mean, "in his shirt"?

A. In his -- I mean -- you know, in his -- front of his pants right here, under his shirt.

Q. And the handle was this lighter silver-ish --

A. Lighter --

KL007581

16

Q.   -- color?

A.   -- silver-ish.  Yeah.  I wouldn't even say chrome, because that's more like -- it wasn't chrome. It was silver type.

Q.   When you say "chrome," was it shiny?

A.   No, it wasn't shiny.

Q.   Chrome around the --

A.   Mm-mm.

Q.   You have to say "yes" or "no."

A.   No.  I'm sorry.

Q.   And this was at his cousin Lindsay's house?

A.   Lindsay, yes.

Q.   Okay.  Where did Lindsay live?

A.

Q.   And Lindsay's full name?

A.   I'm not sure of her last name at all.  All I know is Lindsay.  I don't know.

Q.   Do you know what her telephone number was at                    ?

A.   I have her number at home in a phone book, I'm sure.  I really don't keep in touch with her. But if I needed to get in touch, I could reach her.

Q.   Okay.  Can you provide that number to Detective Chaney?

A.   Yes, I can.

Q. Did he leave you with his telephone number?

A. Yes.

Q. And will you do that so you don't have to come back before the Grand Jury with the information?

A. Yes.

Q. Now, did you have any conversation with Mr. Mathis about your appearing here before the Grand Jury?

A. No. I was not served until this morning. I was getting out of the shower, and the policeman was sitting in my living room when I came out.

Q. Well, how did he get in the house?

A. Well, my dad comes there to watch my daughter when I go to school, so apparently Dad just let him right on in. He just --

Q. Now, you understand that this is a secret proceeding and that nobody in this room will disclose the fact that you were here or that you testified?

A. Yes.

Q. Do you understand that? So that while we are all bound by an oath not to testify, what you do is your choice in terms of whether you discuss your testimony with anyone. Do you understand that?

A. I understand.

Q. Do you know an individual named James

KL007583

18

Flood?

A. Yes, I do.

Q. And how do you know James Flood?

A. I know Junior from, you know, living in -- near -- you know, in the neighborhood. I grew up knowing Junior forever.

Q. And you grew up living at what address?

A.

Q. And where did he live?

A. He lived on Keating Street on the corner. I'm not sure of his address, though.

Q. And you called him Junior?

A. I call him Junior.

Q. Does he go by any other nicknames?

A. I think some -- some people call him Flood. They call him Bug. That's about it.

Q. Do you know any other members of his family?

A. I know his sister, Tinesha. And that's it.

Q. And how do you know his sister?

A. From knowing him, just in the -- she was older than us, so I really didn't socialize with her. But we would speak when I would go over there with Tony to see Junior or we'd be outside chilling or something.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

Zoe, E.

Finally, Junior comes up, and I'm asking him where the smoke is. He's telling me, You know, I'd call my man but it's too late. You need to just wait on E or whatnot. E usually sells Junior smoke, but I don't know what happened. Apparently Junior was out and he needed to re-up or something. That was a dry night.

Q. Did Junior have any guns with him when you saw him that night?

A. Not that I know of, no. He hugged me, so I didn't feel anything in front of him, but I don't -- I don't know.

Q. Have you ever seen Junior or James Flood with a gun?

A. Not on his person, but in his car. It would be in his car.

Q. Okay. And where would you see a gun in Mr. Flood's car?

A. Under the seats.

Q. What kind of gun?

A. This was when we were really small. I mean, not small; we were young, like in our teens. So he would have little hoop ride buckets. And I don't know. When someone in the neighborhood would

KL007585

23

have a gun, it seems like they would just pass it around.

Q. Did Mr. Flood discuss anything with you Sunday night when you saw him concerning any crimes he might have been involved in?

A. No. He was just speaking on how he was trying to hook up with some ladies. He was wanting some ladies that night. He was telling me to be patient with Tony, give him another chance, he's trying. He took him to McDonald's to look for a job and all this stuff. That's about it.

Junior really doesn't discuss -- he wouldn't discuss a crime with me or anything like that. The only thing I'm interested in as far as Junior is if he's going to give me some weed. That's about it. That's about it.

Q. How would you describe Mr. Mathis' relationship with Mr. Flood?

A. Very, very, very good friends. They rode bikes together when they were young and everything.

Q. When you say "bikes," are you talking about regular bicycles, or are you --

A. Regular bicycles with training wheels. That's how small they were.

Q. And they've been close ever since then?

A. Mm-hmm. Yes.

Q. Did Mr. Mathis ever tell you about any crimes that he may have committed with Mr. Flood?

A. Not necessarily with Mr. Flood. But my children's father tells me that he has done many things and many -- he has killed; he didn't say many people, but he has told me that he has killed and that there's demons, that he can't sleep at night and things like that.

But as far as going into detail, he would say little small pieces; like, You know that dude they found in the trash can? Man, you just better be careful, because you don't know who -- don't let everybody know who you are, Tamika. And, you know, little things like that. Just to be careful where I take the kids and --

Q. Why?

A. Like, people may be after him, or he may have done something to someone or something like that. That's why he tells me he doesn't take Ashley. That's why I won't come get the kids and take them out with me.

Q. Why?

A. Because he may -- someone may be after him. He may have done -- he has done wrong in the street,

KL007587

25

and he knows it.  And he can't -- he can't live like a regular person.

Q.   What wrong has he told you he has done on the street?

A.   I know Tony has done murders.  I can't tell you who, but I know he has.  He hasn't told me who.

Q.   How do you know that he has done murders?

A.   He told me.

Q.   Okay.  Well, tell us as best -- and I know you can't remember verbatim; but tell us as best as you can what you recall him saying about --

A.   I've killed niggers on these streets for -- you know, after I put in work.  I've killed niggers for these niggers, and they owe me.  They owe me everything out here.  If it wasn't for me, a lot of these niggers wouldn't make all the money they make.  And little comments like that.  He feels like these streets, Marlow Heights owes him something.  He put in a lot of work.

Q.   Well, did he tell you what kind of work he has put in?

A.   He has put in work, meaning -- he has put in -- "work" means -- what can I say?  When a guy says they've put in work, they've been out on those streets, they've sold their drugs, they've killed, if

KL007588

26

necessary, they've robbed.  They've done what they had to do to survive out there for themselves or their friends, whoever they may be.  If this man is beefing with their friend and their friend is afraid, then Tony may have taken care of that for them so they didn't have to worry no more.  Things like -- that's what work is.

Q.  Has he ever told you who he has killed?

A.  No.

Q.  Ever tell you how he has killed these people?

A.  Tony is a shooter.

Q.  How do you know he's a shooter?

A.  He tells me that he's a shooter.

Q.  Well, what does he tell you?

A.  I'm a shooter.

Q.  How does that come up in a conversation?

A.  Tamika, you better not mess with me.  They going to find you like they did that girl back in Waldorf in the woods, because I'm not playing. Little things like that, he'll say to me.  He'll say little things; play, try to grab me and put plastic bags over my head.  I'm not afraid of him.  That's just his way of trying to make me afraid, but that's what he does.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

Q.   Did he ever tell you who he shot?

A.   No.

Q.   Has he ever said anything about him and Mr. Flood doing anything together?

A.   No.  But they're really close friends.  But he didn't tell me anything specifically.

Q.   Ever tell you about a night that he went out with Mr. Flood and they got into some trouble?

A.   Yes.

Q.   What was that?

A.   I can't tell you, like, the exact nights and stuff; because I smoke a lot of weed, and my memory is not very good.  But one time they went to the Legend.  At this time, Tony had a station wagon. And the only reason I can remember this is he had on my navy blue hooded jacket.  It was from Abercrombie. It was an Abercrombie jacket.

And he was so high -- they went to the Legend on Branch Avenue.  He was so high over there that he lost his car.  And I remember saying, How do you lose a car?  How can you lose a car and wake up on the bus and not know anything, not know what happened?

And he tells me that's what happened.  He woke up, lost his car.  He didn't have a jacket or

KL007590

28

anything. He just -- that was my jacket. He came home with no jacket, on the bus. He left in a car with a jacket on and came back with nothing. I don't know. I don't know what happened.

Q. Well, was Flood with him?

A. Yes. And another time they went to Six Flags and they were smoking boat, and they never even got in. Tony Kirked out and ended up at the hospital. He thought that Junior was trying to kill him. That boat will do it to you.

Q. Did Tony ever tell you that he and Junior had committed some crimes together?

A. No.

Q. Nothing like that?

A. He never said him and Junior did that. No.

Q. Did Tony ever mention doing any crimes with anyone?

A. No.

Q. Did he tell you about the jewelry store?

A. Yes.

Q. What did he do there?

A. He -- you know how the mall opens up before the stores are open, for people to walk around and doing exercise or whatever? They're mall walkers? Okay. Well, they're in there mall-walking, them

KL007591

29

little workout people, but he's in there scalping out the place.

The man is setting up his jewelry cases for the day. He's taking them out from the locked drawers or whatever, and he's putting them up. And I guess he set them on the counter before he actually put them in the showcase.

Tony walked in and cleans out all his things -- no mask, no gloves or anything -- and runs. Gets away, comes to my house with all this jewelry. I really wasn't impressed. Furthermore, I was still upset about the girl downstairs.

I felt a lot better. I sure did. That was the end of that.

Q. Did he tell you about any other crimes that he may have committed with other people?

A. Let me see. When they were teenagers, they would rob anyone who walk up and down who didn't belong in the neighborhood. You know, that wasn't anything unusual, though.

I would be sitting there on the curb and him, Junior -- it was another guy, Howard, Jarrell, J.B. That's the whole crew right there. And if you

weren't from around there and you were walking up Keating Street or any adjacent streets, then you were robbed, your coat was taken. They make take your Eddies.

Q. Eddies being --

A. EBs. Your Eddie Bauer coat. The bears, the big bear. Those would go for $100 after it was stolen.

Q. They'd sell them then for $100?

A. Yes.

Q. How about Mr. Flood? Have you ever heard of him committing any robberies?

A. No. He would -- robberies; now, he would be with Tony if he did a robbery or anything. Tony is the one that would do -- they would get him to do it. He's like Mikey, I would say. You know how -- that's who he is. They would get him to do it. Oh, Tony will do it. He doesn't care. Tony will do it.

Q. Now, do you know anyone by the first name of Crystal?

A. Yes.

Q. How many Crystals do you know?

A. Two.

Q. Can you give me their last names?

A. I can give you one of their last names.

Her name is Crystal          And another one is just Crystal.  I call her "Big Crystal."  Now, Crystal Hawkins is -- doesn't live anywhere around there. She's living out          and I just met her when I started going to PG.  So it can't be that Crystal that you're asking me about.  It has to be --

Q.  She lives in

A.  Mm-hmm.

Q.  Where in          ?

A.

near the police station off of          I and stuff.

Q.  How long has she lived there?  Do you know?

A.  Four months.

Q.  Do you know where she was living before then?

A.                                        j.

Q.  So did you know her when she lived in your building?

A.  Mm-hmm.

Q.  When did she move from your building?

A.  She moved there just four months ago. She's been there since -- you know, she moved there four months ago.

Q.  She moved to

A.  Right.

KL007594

32

Q.   -- four months ago?

A.

Q.   Okay.  Was she living at

when you had your baby?

A.   Yes.

Q.   And what's her telephone number?

A.   Well, right now she doesn't have a phone.
She doesn't have a phone, and I can't remember what
her name was a                        I just went over her
house.  She doesn't have a phone yet.

Q.   Okay.  What apartment did she live in at

A.   She lived           Mm-hmm.

Q.   And that's

A.   Yes.

Q.   And you said she lives on

A.   Yes.

Q.   In a house?

A.   Yes.

Q.   And who does she live with there?  Do you
know?

A.   Right now she has three children;
                              And I think she has a new
boyfriend, Mark.  He's there.  Some girl named

KL007595

33

I don't know.  She just got a Section 8, so it's just a lot of folks living there.  I don't know.

Q.   Now, you said it's on How would I get there --

A.   Okay.  You would go --

Q.   -- if I came down --

A.   -- down 202 -- because I just went there yesterday.  You go down 202, turn onto

Q.   Turn left onto

A                                    i.  And then you keep straight and you turn onto                   .  You're going to make a left on                   , and she's

Q.   All right.  Now tell me about the other Crystal, Big Crystal.

A.   Big Crystal is -- that's my buddy.  I like Big Crystal.  I don't trust her because she won't smoke no reefer with me.  But she's a nice person.  She drives a blue Caravan.

She has a little son named Christian.  Her baby father lives on Iverson Street.  I can't remember his name, but I do know that Tony robbed his sister or him or ran up in his house.  It's something.  Something.  Some reason why they don't speak to me.  I don't know.

KL007596

34

Q.   So her baby's father lives on Iverson Street?

A.   Mm-hmm.

Q.   Whereabouts on Iverson Street?

A.   Right across from the Safeway in those half-a-houses, the town houses.

Q.   When you say "half-a-house" --

A.   A half-a-house.  I call them a half-a-house.  It looked likes it was a real big -- it was a house, but now it's just a half, they have half of it.

Q.   And somebody else has the other half, so it's like two houses attached?

A.   Yeah.  It was one house, but then they split it; built a wall, and how it's two houses.

Q.   Do you know her telephone number?

A.   Crystal's?

Q.   Yes.

A.   I can --

Q.   Big Crystal's.

A.   I have it at home somewhere.  I just had it at my baby shower, so I haven't -- I'm not like a buddy-buddy with her, but I speak with her on occasion and we, you know, get together from time to time.

Q.   When was the last time you saw or spoke with her?

A.   Within a year, this year, I've seen Crystal at the store or something or in passing.  I believe we spoke -- I remember, you know, speaking to her about the kids.  That's about it.

Q.   And can you provide that telephone number as well to the detective so you don't have to come back?

A.   Yes, I can.

Q.   How about an individual named Yogi?

A.   Yes, I do.

Q.   Okay.  And who is Yogi?

A.   Again, he's just a little boy.  I don't know his real name.  He is really of no significance to me, other than when I pull up they'll smoke with me.

I can't really explain to you how it is when -- I don't want you all to think that this is some type of gang or something where -- it's not a gang or anything, but I have a certain point of respect that these little boys give me.  When I pull up they get out, they -- Hi, Tamika, how you doing?  Do you need anything?  Are you okay?  Are you smoking today?  So I'll pull up on them and they'll smoke me

KL007598

36

out, and then I'll leave.  That's it.

Q.  When you say smoke you out, what do you mean?

A.  We'll smoke a few Js together, and that's it.

Q.  Okay.  "Smoke a few Js" means what?

A.  We will smoke a few Js.  Smoke some reefer. We'll have marijuana.

Q.  So J is like a marijuana cigarette?

A.  Mm-hmm.  Yes.

Q.  You said he's a little boy.  About how old is the Yogi you know?

A.  I would give him about 16 or 17.

Q.  How long have you known him?

A.  I would say within the last two years, two to three years.

Q.  Since you've had your baby?

A.  Yes.

Q.  Didn't know of him before that?

A.  Well, no.  I probably knew of him but just didn't know his name.  I remember seeing him but really not knowing his name until within the last maybe year and a half or so.

Q.  But you don't know an older person named Yogi?

KL007599

37

A.   No.

Q.   I mean, older than 18?

A.   Well, he may be older than 18.  He just look like a little boy to me.  I don't know.  I don't know.  They look young.  And they're like 23, and I give them 17.  I don't know.

Q.   Is he a friend of Mr. Flood's?

A.   Yes.

Q.   How about Mr. Mathis?

A.   Yes.

Q.   And how long have they been friends with this young Yogi?

A.   Since they've come home.  You know, since Tony has come home, he, you know, became acquainted with him.  I'm not exactly sure whether it was before he went in this long -- in this time or after.

Q.   Now, have you ever seen Tony with blood on the front of his shirt?

A.   Yes.

Q.   What were those circumstances?

A.   He told me that he had gotten hit by a truck.

Q.   Where was it that you saw him?

A.   I saw him under the mall, at Iverson Mall. He was under the underpass.

Q.   And how did you happen to see him there?

A.   Someone called me.  Someone called me to say, You need to come up to the mall.  You baby father's been hit.  And that was it.  I'm pregnant, and that's the call that I got.

So at first I was like, he's been hit?  So I go up to the mall or whatever.  He's sitting on the curb, bloody.  He has on a white T shirt.  Blood is all over his shirt.  His nose is broke.  But that's it.  You know, he's kind of scuffed up a little bit.

But to be hit by a Tahoe, I would think that you would really be hurt, you know?  A Tahoe?  That's a pretty big truck.  But there was no truck; you know, there's just him covered in blood with a broken nose telling, you know, us and the police that he was hit by a mysterious Tahoe.

Q.   You weren't believing him?

A.   No, not at all.  I didn't believe him.

Q.   Did you ever ask him what really happened?

A.   No.  Because I can't get a straight answer out of -- everything he says is not the truth.

Q.   Was that during the daytime?

A.   Yes.

Q.   And where were you living when that happened?

A.   At

Q.   And that was before --

A.   I had the baby.  It was before.

Q.   So would that have been before December 21 --

A.   Yes.

Q.   -- of 2001?

A.   Yes.  And it wasn't -- it was still warm outside because he had on shorts and a T shirt.  And I remember I had on a dress.  When I came up there, I had on a sun dress.

Q.   And no jacket or anything?

A.   No jacket or anything.

Q.   Do you have any telephone numbers for Tony?

A.   Yes.

Q.   What are the numbers you have?

A.   His home phone right now with his mother, at that nursing home, is          An old beeper number, I'm not sure -- now, I haven't called the beeper number, but I'm not sure if it's still activated or what; but it's          He also has a cell phone which I know is off now, and that was

Q.   And when did he have that cell phone number?

KL007602

40

A.    From the time he got released from jail the last time, this last time.

Q.    Did he have that cell phone number when you had your baby?

A.    Yes.

Q.    So that would have been before he went back to court and got sentenced?

A.    Right.

Q.    And did he have the beeper back then, too?

A.    Yes.

Q.    Do you know in whose names he got those items?

A.    He would give fictitious names.

Q.    You said his mother is in a nursing home?

A.    She lives in, like, a nursing retirement community type thing where it's just old people can be there.

Q.    Okay.  So does she have an apartment?

A.    She has an apartment.

Q.    All right.  So it's not a nursing home where she is --

A.    No.  But they're on site.  In case something should go down, they're there.

Q.    And do you know where that is?

A.    Yes.

KL007603

41

I'm not going to be for sure on the address.  It may be                      .  And she is in Apartment

Q.   Now, I'm going to show you what's been previously marked as Government's Exhibit for the Grand Jury, Exhibit 2 on 6/4/03; and ask you to look at these pictures.  And I want you to tell us if you have ever seen any of these people before, starting with the first picture, picture number 1.  Even if you don't know their name; if you recognize the person as someone you've seen.

A.   Yes.  I've seen him.

Q.   Okay.  Number 1.  Where have you seen him before?

A.   In Marlow Heights.

Q.   Who have you seen him with?

A.   I haven't seen him with Tony.  I just know his face.

Q.   Turn to the next page.  Number 2?

A.   No, I don't know him.

Q.   Number 3?

A.   I know him.

Q.   Okay.  Who is he?

A.   I can't think of his name.  I can't think

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

of his name.  He went to Stoddert with me.  He went to Benjamin Stoddert.  He went to Benjamin Stoddert. I don't know him.

Q.   Number 4?

A.   No.  I don't know number 4.

Q.   How about number 5?

A.   No.  I don't think I know number 5.

Q.   Number 6?

A.   That's Junior.

Q.   Junior being James Flood?

A.   Mm-hmm.

Q.   You have to say "yes."

A.   Yes, this is Junior being James Flood.

Q.   The person your talked about here?

A.   Yes.

Q.   Number 7?

A.   I'm not quite sure about number 7.  He may have some braids, so something may be different.  No. I need another -- I'm not sure about him.

Q.   Okay.  Number 8?

A.   No.  I don't think I've seen him.

Q.   Number 9?

A.   I've seen this one, though.

Q.   Number 9?

A.   Is that him?  That doesn't -- that's what

KL007605

43

he looks like to me.  He lives around Marlow Heights. I see him on Keating Street.  I've smoked a J with him.  He speaks to Junior, he speaks to Tony.  All the little guys --

Q.   Okay.  That's number 9?

A.   That's number 9.

Q.   Do you know his name?

A.   No.

Q.   Or any nickname for him?

A.   Mm-mm.

Q.   And the picture you're recognizing, what is he wearing?  There are two pictures here.

A.   Right.  I recognize the picture with the cornrows going back and not the braids.

Q.   And what color shirt is he wearing?

A.   Orange.

Q.   Number 10?

A.   That's Junior again.

Q.   And I think we don't have an 11, so you can go to number 12.

A.   That's JB.  That's Bug.  I keep wanting to call him JB, but that's Junior.

Q.   Okay.  You're looking at a group picture, so which person are you --

A.   Oh, no.  That's not Junior.  No.  I thought

KL007606

44

was Junior right there.  That's not him.  No, I don't know any of these little guys.

Q.  How about 13?

A.  No, I don't know her.

Q.  Okay.  14?

A.  I don't know him.  Mm-mm.  That's not a good picture.

Q.  15?

A.  I don't know 15, either.

Q.  16?

A.  No, ma'am.  I don't know 16.  I don't know 17.  I don't know 18.  I don't know 19.  I don't know 20 or 21.  I don't know 22.  I don't know 23.  This is a better picture of them.  I can't really tell all the way in the back.  Is that -- no, I don't think so.  Mm-mm.  I don't think so.

Q.  You have to keep your voice up so the reporter --

A.  Oh.

Q.  On 24, did you recognize anyone?

A.  No, ma'am.

Q.  How about 25?  Just take your time and look at it and then let us know.

A.  No.  No one in 25.

Q.  And how about 26?

A.   I don't think so.  These aren't very good pictures.  These go-go flicks aren't very good.  Not that I can see of in 26.

Q.   Okay.  27?

A.   I know this little guy right here with the headband on.

Q.   Okay.  What color headband is he wearing?

A.   The blue headband.

Q.   And that's Photograph 27?

A.   Yes.  And I'm not sure of his name.

Q.   Where do you know him from?

A.   Oh, and I know this one right here with the black.  Yeah, I can't really see him well right there, but I know him.

Q.   Okay.  Hold on for a second.  Let's back up to the person with the blue headband.

A.   Oh, yeah.  The blue headband.  He's --

Q.   Who is that?

A.   I don't know where he stays.  But it's -- I'm telling you, it's just a lot of them out there.  They're just all hanging out there.  I can't keep up with them.

Q.   Okay.  And the other person you recognize is wearing what?

A.   This black kofi hat.

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

Q. And the person with the black kofi hat, is he pictured next to the Capitol?

A. Yes.

Q. And where do you know him from?

A. From Marlow Plaza. He may have lived in my building, been in my building or something.

Q. That's all you know about him; somebody you saw?

A. Yes. He was coming in and out of my building a lot.

Q. 28?

A. No. I don't know 28.

Q. 29?

A. No. I don't know 29 or 30. I don't know 31 or 32. I don't know 33. I don't know 34. I don't know 35. I don't know 36. I can't stand number 37. This is Mike, and he is an idiot. He -- I mean --

Q. Where do you know Mike from?

A. From everywhere. He's just like a mole. He's just everywhere. He's everywhere in the neighborhood. He does this. He does that. If you need this -- he does a little bit of everything. He's a crackhead, though.

Q. He's a crackhead?

KL007609

47

A.   Mm-hmm.

Q.   Okay.

A.   He smokes crack.

Q.   And where does he live, if you know?

A.   Somewhere off of Iverson Street.

Q.   And when was the last time you saw him?

A.   Last week.  He was helping somebody move into the building.  I mean, anything that he can do.  He works at Khalif's car wash.

Q.   Who is Khalif?

A.   Khalif?  Khalif is one of Tony's friends, as well.  Khalif -- I don't know Khalif's last name.  He's good friends with Junior, and his name is Khalif.  He has a sister named Khalila.

Q.   Okay.  And you said Khalif had a car wash?

A.   On Marlboro Pike, called Spotless.

Q.   Spotless Car Wash?  It's his car wash?

A.   Yes.

Q.   Do you know where he got the money to buy the car wash?

A.   Drugs.

Q.   And how do you know that?

A.   Because he sells a lot of them, and he helped put my baby father on most of the time.

Q.   What?

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

KL007610

48

A.    He would help put Tony on sometimes, by giving him some drug to sell.  He would put him on, like, when he came home.

Q.    When you say "put him on," he'd give him drugs to sell so he could --

A.    So he could get back on his feet again.

Q.    And why don't you like him?

A.    Oh, I don't -- I like Khalif.  It's Mike I just don't like.  I just don't like Mike.  It's nothing he has done to me.  He's just no -- I remember him when I was young.  He was in his teens, and he was like -- it was back in the '80s.  He had the big phone, the big gold on.  So I'm thinking, Goodness, Mike is making money.  He got the Guccis on.  Now look at him; he's strung out and he's on crack, walking around in a daze.  He's a mess.  It's just sad.

Q.    Let's move on, then --

A.    I'm sorry.

Q.    -- to Khalif.

A.    I don't know -- I don't know number 38.

Q.    But let me ask you about Khalif.  Well, finish the pictures.  38, do you know him?

A.    No.  I don't know 39.  And 40 is Anthony Mathis, my children's father.

KL007611

49

Q. Whom we've been talking about extensively?

A. Mm-hmm.

Q. Now -- you have to say "yes" or "no."

A. Yes.

Q. Now let's talk about Khalif.

A. Okay.

Q. And where did Khalif live?

A. Khalif lives on -- well, he lived on
. But he lived in a town
house which was right                    ., the
little apartments on Keating. He lived right across
from there. I'm not sure of his door number. I'm
not too -- I don't know his last name. All I know is
Khalif. Right now he's on house arrest. I do know
that. I don't know why.

Q. So what house is he at?

A. I'm not sure, but I --

Q. How do you know he's on house arrest?

A. Because when I saw him at the car wash, he
had a big bracelet; you know, the thing you have to
put in the phone? He was on the ankle thing.

Q. And when did you see him at the car wash?

A. I saw him at the car wash maybe three weeks
ago. Three weeks ago? Maybe not even a month. It
hasn't been a month.

50

Q. And he is good friends with Mr. Mathis?

A. Yes.

Q. And Mr. Flood?

A. Yes.

Q. Ever see him with a gun?

A. No.

Q. Do you have a telephone number for Khalif?

A. No, I don't. If I -- when I -- you know, when I do try to contact Khalif, it's usually for Tony; Tony wants some money or something. Khalif -- Khalif usually just gives Tony money from time to time if he needs it, because Tony won't work. Him or Rico will give him money.

Q. Who is Rico?

A. Rico is -- oh, God -- Charles Chase is his real name.

Q. Charles Chase?

A. Mm-hmm.

Q. And where does he live?

A. He used to live in Iverson Towers, but I'm not sure if he lives there anymore. I'm not sure if he lives there anymore.

Q. And what is his relationship to Tony that he gives Tony money?

A. A fool. He just gives it -- he gives Tony

money.  Apparently Tony has done something for him in the past.  I'm not sure what it is.  But Rico feels as though he has to look out for him.  That's his -- that's his man.  He's down and out; he gave him $400 when he came home for him to go get some tennis shoes, go get him a couple of outfits.  That was it.

Q.  Do you have a telephone number for Rico?

A.  No.  I just see him from time to time in the parking lot.

Q.  Where?

A.  In

Q.  Is he friends also with Mr. Flood?

A.  Yes.  They all went to school together.  All of them grew up together.  They recently even took a cruise together.

Q.  Who took the cruise together?

A.  Rico went with them.  Khalif was there.  Junior went, and a lot of other guys did.  But I'm not --

Q.  Khalif?

A.  Tony was supposed to go, but he didn't go.

Q.  Okay.  So Tony did not go on the cruise?

A.  No.

Q.  Who went on the cruise?

A.  There are only three of that I know;

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

Khalif, Rico, and Junior went.  But I know there were a few other ones.  I can't think of their names right now.

Q.  And do you know when that was?

A.  It was in December, I believe, of last year.

Q.  And why didn't Tony go?

A.  I don't know why Tony didn't go.  He wasn't -- I don't think he was locked up, if I'm not -- I may be mistaken with the date, but I know he wasn't locked up, because he told me about it.  He was like, The boys, they're all going on a cruise.  And I remember saying, I wish you -- you should go.  I was telling him he should go.  It was around the time with that jewelry store thing, so he wasn't trying to go.  He wasn't going.

Q.  You mean when he was waiting for the court --

A.  Mm-hmm.

Q.  -- thing?

A.  Mm-hmm.

Q.  You have to --

A.  Yes, ma'am.

Q.  So it was after your daughter was born?

A.  Yes, ma'am.

MS. JOHNSTON: Any member of the Grand Jury have any questions?

A JUROR: I have a question. Earlier you had testified that Mr. Mathis had told you that he had killed other individuals, and then later on you said that he says things but you can't really believe him because he lies all the time.

THE WITNESS: Okay. He --

A JUROR: So how do we -- how can we tell that what he told you in the first part, that you can believe him about that?

THE WITNESS: I can -- I can believe him when he says things like that. But as far as him telling me the truth about him and another woman, or him looking for a job, he's going to lie to me.

But as far as him -- he has no reason to tell me, You know, I've killed some people, Tamika. He has no reason to come to tell me that. I don't fear him any -- I don't fear him whether he has done it or whether he hasn't. I'm just not -- I'm just not afraid of him, and he knows that.

So he'll lie to me about certain things; but as far as something like that, it would be no reason for him to tell me just to tell me that.

Now, as far as him -- he does lie to me;

you know, Did you go look for a job today?  Yeah, I did; when you know daggone well he was at the barbershop doing nothing.  He was, you know --

A JUROR:  Thank you.

THE WITNESS:  You're welcome.

MS. JOHNSTON:  Any other questions?

ANOTHER JUROR:  Yes, I have a question.

j

THE WITNESS:  No, he doesn't.

ANOTHER JUROR:  If he did know, what do you think he would do to you?

THE WITNESS:  I don't know what -- I don't know if he would kill me.  I don't know if he would kill me.  I would think not.  My God, I gave him two kids.

But he has threatened to kill me several times.  You know, he'll find me in the woods.  You know, things like that.  So I don't know what he would do.  I just would not ever want him to find that out.

ANOTHER JUROR:  You said that you smoke a lot of reefer, and it has affected your memory.  Do you do any other drugs?

THE WITNESS:  That's it.

Q.    What do you know about              ?

A.    I know that he accidentally shot himself in the knee one year, and he hasn't been right since. He's just distant. He's very distant. They really don't -- they're friends with him, but I think they just pity him at this point. They just -- they feel sorry for JB right now.

Q.    When was it that he shot himself in the knee?

A.    I think it was in 1990. It's been a long time, but I don't know. It must do something to somebody when they shoot their knee off, maybe.

Q.    Anybody else that you might know?

A.    No. Not the names, no. There's a guy named Snake that lives right across -- that lives right across from where Junior used to live, on the corner, on Keating and 25th. His name is Snake. He's good friends with them. They all, you know, ran together.

Q.    Where does --

A.    I don't know his real name.

Q.    Where does Snake live?

A.    Right there on 25th Avenue, right across from Keating Street in town houses across from Junior.

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

Q.   Okay.  Now, your Grand Jury testimony is over at this point.

A.   Okay.

Q.   If when you leave here you realize that something you said was wrong or that you forgot to say something in response to any of the questions asked, you can come back and correct your testimony; because there's a record of it, and we went to make sure that it's accurate.  To do that, you have to be in touch with me by next Wednesday, September 24.  Okay?  Any questions about that?

A.   No.

Q.   All right.  Then you're free to go.

(The witness is excused.)

(Whereupon, at 2:13 p.m., the taking of the testimony in the above matter, before a full quorum of the Grand Jury, was concluded.)

KL007619

58

# CERTIFICATE OF REPORTER

I, Judy Harrell Wallenfelt, the reporter for the United States Attorney's Office, do hereby certify that the witness whose testimony appears in the foregoing pages was first duly sworn by the Foreperson or the Deputy Foreperson of the Grand Jury when there was a full quorum of the Grand Jury present; that the testimony was taken by me, and thereafter, reduced to typewritten form; and that the transcript is a true record of the testimony given by said witness.

Judy Harrell Wallenfelt

Official Reporter

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025